# LAW OFFICES OF JENNIFER SMITH PLLC

One Liberty Plaza
165 Broadway, 23rd Floor
New York, NY 10006

(347) 342-2213

jsmith@jennifersmithlaw.com

August 8, 2024

<u>Via ECF</u>
Hon. Cathy Seibel, USDJ
United States District Court, SDNY
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> The 8/28/24 telephonic conference is adjourned to 9/19/24 at 4:00 p.m. The parties are to call (877) 336-1839 and enter access code 1047966#.
>
> 8/12/24   SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.

RE:   *North Star v. Local 854 Pension Fund*
      Docket No. 24-CV-04580 (CS)

Dear Judge Seibel,

   We represent Plaintiff North Star Industries, Inc. ("North Star") in the above-referenced action. We write to request that the Rule 16 Conference currently scheduled for August 28, 2024 be rescheduled, due to a conflict with the undersigned's previously scheduled vacation.

   This is the first request to reschedule the conference. Defendants' counsel graciously consents to this request.

   In order to facilitate rescheduling the conference for a mutually available date, and avoid sequential adjournment requests from the three law firms scheduled to attend, the parties have conferred on availability through September 13, and respectfully advise the Court that all counsel are available on:

- September 5
- September 6

   Plaintiff respectfully requests that the Rule 16 conference be rescheduled to one of those dates, or alternatively, to a date on or after September 16.

   We thank the Court for its time and attention to this matter.

Respectfully submitted,

*s/ Jennifer S. Smith*

Jennifer S. Smith